# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-20592

D.C. Docket No. 4:17-CV-208

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JERMAINE COMEAUX,

Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas

Before OWEN, Chief Judge, and CLEMENT and WILLETT, Circuit Judges.

### J U D G M E N T

This cause was considered on the record on appeal.

It is ordered and adjudged that the judgment of the District Court is vacated and remanded to the District Court for further proceedings in accordance with the opinion of this Court.

United States Court of Appeals
Fifth Circuit

**FILED**

July 6, 2020

Lyle W. Cayce
Clerk

United States Courts
Southern District of Texas
FILED

*August 28, 2020*

David J. Bradley, Clerk of Court

Certified as a true copy and issued
as the mandate on Aug 28, 2020

Attest: **Lyle W. Cayce**
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 28, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 17-20592   USA v. Jermaine Comeaux
                USDC No. 4:17-CV-208

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Christina Rachal*

                         By: _____
                         Christina C. Rachal, Deputy Clerk

cc:
      Mr. Jermaine Comeaux
      Ms. Carmen Castillo Mitchell